JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>           Plaintiff,<br><br>     v.<br><br>WARDEN,<br><br>           Defendant. | Case No. 2:20-cv-5415-JVS(E)<br><br>**ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |

On June 22, 2020, the Court denied plaintiff's request to file this action without prepayment of the filing fees. The Court ordered plaintiff to pay the filing fees in full within 30 days and advised him that failure to do so would result in closure of the case. Plaintiff has failed to pay the fees or otherwise respond. Accordingly, the Request to Proceed without Prepayment of Filing Fees is denied and the case is closed.

IT IS SO ORDERED.

Dated: September 18, 2020

James V. Selna
United States District Judge

: